UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE,<br>               Petitioner,<br>   v.<br>RON DAVIS,<br>               Respondent. | Case No. 17-cv-01908-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 14, 2017

_____
SUSAN ILLSTON
United States District Judge